## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

DAVID CRANSHAW,                              :
                                             :   CIVIL ACTION NO. 3:11-CV-731
        Plaintiff                            :
                                             :   (Judge Nealon)
        v.                                   :   (Magistrate Judge Mannion)
                                             :
SHIRLEY MOORE SMEAL, et al.,                 :
                                             :
        Defendants                           :

*FILED
SCRANTON
APR 20 2012
PER _____
DEPUTY CLERK*

## ORDER

NOW, THIS 20ᵗʰ DAY OF APRIL, 2012, for the reasons set forth in the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT:**

1.   The Report and Recommendation (Doc. 43) is **ADOPTED**;

2.   Defendants' motion to dismiss (Doc. 17) is **GRANTED**;

3.   The complaint (Doc. 1) is **DISMISSED**;

4.   Defendants' motion for summary judgment (Doc. 39) is **DENIED** as moot;

5.   Consistent with DC-ADM 804(VI)(C)(2)(f), Defendants are directed to allow
     Plaintiff to send his personal property home;

6.   The Clerk of Court is directed to **CLOSE** this case; and

7.   Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.


_____
**United States District Judge**