UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CRANSHAW, | : |
| | : CIVIL ACTION NO. 3:11-CV-731 |
| Plaintiff | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Mannion) |
| | : |
| SHIRLEY MOORE SMEAL, et al., | : |
| | : |
| Defendants | : |

## ORDER

FILED
SCRANTON
APR 20 2012
PER _____
DEPUTY CLERK

NOW, THIS 20th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 43) is **ADOPTED**;

2. Defendants' motion to dismiss (Doc. 17) is **GRANTED**;

3. The complaint (Doc. 1) is **DISMISSED**;

4. Defendants' motion for summary judgment (Doc. 39) is **DENIED** as moot;

5. Consistent with DC-ADM 804(VI)(C)(2)(f), Defendants are directed to allow Plaintiff to send his personal property home;

6. The Clerk of Court is directed to **CLOSE** this case; and

7. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

*[signature]*
**United States District Judge**